**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019
E-mail: Toni@tjjlaw.com

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (SBN 128307)
Britt L. Karp (SBN 278623)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: 310 394 0888 | F: 310 394 0811
E: balexander@amfllp.com | bkarp@amfllp.com

Attorneys for the Plaintiffs
Senoia Rios, Michael Rios, M.R., a minor,
by and through her Guardian ad Litem, Marrisa Henry

NO JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIOS, SENOIA RIOS, and M.R., a minor, by and through her Guardian ad Litem, Senoia Rios, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF LOS ANGELES; CHIEF OF POLICE MICHEL MOORE and DOES 1 through 20 Inclusive, <br><br> Defendants. | Case No.: 2:21-cv-05341-RGK-MAA <br><br> Hon. R. Gary Klausner <br><br> ~~PROPOSED~~ FINAL JUDGMENT |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT on August 2, 2022, this action came on regularly for jury trial before the Honorable R. Gary Klausner, United States District Judge presiding. Plaintiffs SENOIA RIOS and MICHAEL RIOS appeared through their attorneys of record, J. Bernard Alexander, III and Britt Karp of Alexander Morrison + Fehr LLP and Toni J. Jaramilla of Toni Jaramilla, a Professional Law

Corporation. Defendant CITY OF LOS ANGELES appeared through its attorneys of record, James Bilek and Ty Ford of the Los Angeles City Attorney's Office.

A jury of eight persons was impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict on the special verdict questions. The jury deliberated and thereafter, on August 5, 2022, returned into Court with a unanimous special verdict and answers thereto. Thereafter, the special verdict was filed with the clerk of the court and entered upon the minutes. It appearing by reason of the unanimous jury verdict that Plaintiff is entitled to judgment as follows:

That the jury finds that Plaintiff MICHAEL RIOS prevails on his claim for intentional interference with civil rights by threats, intimidation or coercion (Bane Civil Rights Act) and is awarded damages in the amount of $120,000.00 against Defendant CITY OF LOS ANGELES.

This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Order.

**Any attorneys' fees, costs, and post-judgment interest shall be determined by post-trial motion.**

~~That Plaintiff MICHAEL RIOS and his counsel of record shall recover attorney fees against Defendant CITY OF LOS ANGELES in the amount of $_____, as ordered by the Court.~~

~~That Plaintiff MICHAEL RIOS and his counsel of record shall recover costs and/or disbursements, as taxed, against Defendant CITY OF LOS ANGELES, in the amount of $_____.~~

/ / /
/ / /
/ / /
/ / /

~~PROPOSED~~ FINAL JUDGMENT

2

~~It is further ORDERED and ADJUDGED that the judgment here rendered shall bear interest at the rate of 7% from the date of the jury verdict, August 5, 2022, until the verdict is paid.~~

IT IS SO ORDERED,

Dated: 8/26/2022

*Gary Klausner*

The Honorable R. Gary Klausner
United States District Court Judge